IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TERRIE HOLSCHER, individually and trustee for the WESTERN WYOMING TRUST,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES, and DOES 1-5,<br><br>Defendants. | CV 21-83-BU-BMM<br><br><br>ORDER |

The parties having stipulated to dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing, IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE this case.

DATED this 9th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court